FILED - GR
May 2, 2024 11:59 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: JW / 5-2

Case:

Matthew Keith Alward
Plaintiff

1:24-cv-461
Jane M. Beckering - U.S. District Judge
Sally J. Berens - Magistrate Judge

V

Federal Bureau of Prisons
FCI Oxford
Defendant

## Petition for Action of Civil Liability

I, Matthew Keith Alward (Plaintiff) petition the US District Court to file a Civil Liability suit against FCI Oxford, a division of the Federal Bureau of Prisons for violating my civil rights for racism. The defendant failed to respond to the Administrative Remedy process they set forth in policy and procedure by the expiration date of 4-16-2024. The US civil rights act prohibits denial of services or to occupy space due to their race. By failing to respond the defendant assumed guilt and responsability for the actions of their hired employees or designees.

### Factual Basis

On 1-4-2024 the Plaintiff entered the dining hall located at Oxford FCI for lunch and proceeded to sit and eat lunch at the usual table he occupies. At that time the Plaintiff was approached by Defendants designee and was informed not to sit at that table because he was white. To avoid conflict the plaintiff moved and observed the designee approach 8 seated latino immigrants and told them to occupy the vacated space. At the end of the meal the Plaintiff obtained an informal resolution form to start the Administrative Remedy

process designed by the defendant. On 1-19-2024 a response was received from designee and was found to be untruthful and could be verified by security camera feed. On the same day, 1-19-2024, the next step, BP9, was filed and was recieved by Oxford Legal Department with case number 1188820-F1 on 1-24-2024. On 2-1-2024 the Acting Warden responded with an automated response failing to address the issue of discrimination. At that time the Plaintiff filed a BP10 which appeals to the Regional Director. This form and documentation was mailed to the North Central Region office. This was received on 2-16-2024. The Regional office had 30 days to respond but filed for an additional 30 day extension to investigate. Regional office failed to respond by the deadline of 4-16-2024.

## Conclusion

The Defendants failure to respond is a complete disregard for the civil rights of the Plaintiff. This process was incorporated by defendant and the Department of Justice. This Act of complete disregard for our Nations laws on racism and other discrimination in of itself is an admission of guilt and Silence should be seen as complicity. I move for the Honorable Court to find in favor of Plaintiff and ask for a summary judgment of $1,500,00.00. I ask the defendant be held accountable for legal fees and to monitor Defendants actions to prevent retaliation. Plaintiff requests the court to make considerations for Nonjurisdictional venue, Handwritten Petitions and to appoint Shadow counsel to Assist.

4-23-2024                                     Matthew Alward
                                                                Plaintiff

To: US Court Clerk

From: Matthew Alward 22732-040
FCI Allenwood LSCI
PO Box 1000
White Deer, PA 17887

Enclosed you will find a petition to file suit against the Federal Bureau of Prisons AKA FBOP. I'm uncertain which court to file this in so you are the lucky one.

I am a Permenant Resident in Lansing, MI

I am currently in White Deer, PA

The Plaintiff is in Oxford, WI.

If you can't file it at your location can you forward it to the correct venue, if not can you please return all items with the correct venue address I will need?

Thank-you.
Matthew Alward

INMATE NAME/NUMBER: Matthew Alward 22732-040
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD LSCI
P.O. BOX 1000
WHITE DEER, PA 17887




United States District Court
110 Michigan St NW
Grand Rapids, MI 49503

4950382363 C040